UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.09-14474
HON. PATRICK J. DUGGAN

TEC INTERNATIONAL, LLC,

        Plaintiff(s),

-v-

MAUMEE AUTHORITY STAMPING, INC., ET.AL,

        Defendant(s).

_____/

## <u>ORDER SETTING ASIDE ORDER TO SHOW CAUSE</u>

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on <u>March 31, 2010.</u>

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Plaintiff having filed a Response to Order to Show Cause advising the Court

that a Default Judgment has been entered against defendant Maumee Authority Stamping,

Inc. In the state court;  therefore

IT IS ORDERED that the Court's Order to Show Cause as to why this case should

not be dismissed for failure to serve defendant be and the same is hereby **SET ASIDE.**

s/Patrick J. Duggan_____
Patrick J. Duggan
United States District Judge

Dated:  March 31, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record
on March 31, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem_____
Case Manager