UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEC INTERNATIONAL, LLC,
    Plaintiff,

Case No. 09-14474
Hon. Patrick J. Duggan

vs.

STANLEY CHLEBOWSKI, and MAUMEE
ASSEMBLY & STAMPING, LLC,
    Defendants.
_____/

## STIPULATED ORDER GRANTING TEC INTERNATIONAL, LLC LEAVE TO FILE THIRD AMENDED COMPLAINT

THE PARTIES, by their respective counsel, hereby stipulate and agree that TEC INTERNATIONAL, LLC is granted leave to file a Third Amended Complaint.

IT IS SO ORDERED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: June 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 15, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager

Stipulated and agreed to:

DAWDA, MANN, MULCAHY & SADLER, PLC
By: /s/ John Mucha III
    John Mucha III (P40907)
    Attorney for Plaintiff

ZOLL, KRANZ & BORGESS, LLC

By: /s/ Wesley D. Merillat
    Wesley D. Merillat
    Attorney for Defendants

ERLICH, FOLEY & SERWER, P.C.

By: /s/ Fred A. Foley
    Fred A. Foley (P30729)
    Co-Counsel for Defendants